FOSTER et al. v. SUTTON et al. (Supreme Court, Appellate Division, First Department. April 16, 1909.) Action by Frederick De P. Foster and others against Edward K. Sutton and others. No opinion. Motion denied, with $10 costs. Order filed.

FROMENT et al. v. OLDTARSH. (Supreme Court, Appellate Division, First Department. April 16, 1909.) Action by Frank L. Froment and others against David M. Oldtarsh. No opinion. Motion granted, with $10 costs. Order filed. See, also, 60 Misc. Rep. 89, 111 N. Y. Supp. 657.

GAEBLER, Respondent, v. GALLO et al., Appellants. (Supreme Court, Appellate Division, First Department. April 23, 1909.) Action by Helen H. Gaebler against Guiseppe Gallo and others. J. M. Proskauer, for appellants. D. R. Almy, for respondent.

PER CURIAM. Judgment and order affirmed, with costs. Order filed.

SCOTT, J., dissents.

GARRETT v. DUCLOS. (Supreme Court, Appellate Division, First Department. April 16, 1909.) Action by Alonzo B. Garrett against Bianca E. Duclos. No opinion. Motion denied, with $10 costs. Order filed. See, also, 128 App. Div. 508, 112 N. Y. Supp. 811.

GASS, Respondent, v. ASTORIA VENEER MILLS, Appellant. (Supreme Court, Appellate Division, Second Department. April 30, 1909.) Action by John H. Gass against the Astoria Veneer Mills.

PER CURIAM. Motions granted, on condition that the respondent pay the costs of the appeal in this court, and disbursements, and also the costs of the appeal to the Court of Appeals before argument, and disbursements, and case set down for reargument on June 2, 1909; otherwise, motions denied, with $10 costs in each motion. See, also, 121 App. Div. 182, 105 N. Y. Supp. 794.

GERSTEN, Appellant, v. ROBINSON, Respondent. (Supreme Court, Appellate Division, First Department. April 8, 1909.) Action by Sabine Gersten against Edward F. Robinson. W. C. Rosenberg, for appellant. F. C. Tanner, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

GIEBELHAUSEN, Respondent, v. SUMNER et al., Appellants. (Supreme Court, Appellate Division, First Department. April 16, 1909.) Action by Frederick R. Giebelhausen against A. Ewing Sumner and others. S. Lent, for appellants. P. L. Ryan, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

GINSBERG, Respondent, v. SCHWARTZ, Appellant. (Supreme Court, Appellate Division, Second Department. April 23, 1909.) Action by Harris Ginsberg against Joseph M. Schwartz. No opinion. Judgment of the Municipal Court affirmed, with costs.

GOLD, Respondent, v. LERNER et al., Appellants. (Supreme Court, Appellate Division, Second Department. April 23, 1909.) Action by Joseph Gold against Charles Lerner and another. No opinion. Judgment of the Municipal Court affirmed, with costs.

GOLDING, Respondent, v. GOLDING, Appellant. (Supreme Court, Appellate Division, First Department. April 16, 1909.) Action by Mabel C. Golding against John M. Golding. J. A. Dutton, for appellant. A. T. Davidson, for respondent. No opinion. Order modified, by reducing alimony to $500 per month, and, as so modified, affirmed, without costs. Order filed.

GOLDSTEIN, Respondent, v. GOLDBERG et al., Appellants. (Supreme Court, Appellate Division, Second Department. April 23, 1909.) Action by David Goldstein against Adolph Goldberg and another. No opinion. Judgment of the Municipal Court affirmed, with costs.

In re GOLDSTICKER. (Supreme Court, Appellate Division, First Department. April 16, 1909.) In the matter of David Goldsticker, deceased. No opinion. Motion granted, with $10 costs. Order filed. See, also, 123 App. Div. 474, 108 N. Y. Supp. 489.

GOTTESMAN et al., Appellants, v. BARRETT MFG. CO., Respondent. (Supreme Court, Appellate Division, First Department. April 16, 1909.) Action by Mendel Gottesman and another against the Barrett Manufacturing Company. M. Cukor, for appellants. H. B. Johnson, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

GREEN, Respondent, v. LOZIER MOTOR CO., Appellant. (Supreme Court, Appellate Division, First Department. April 23, 1909.) Action by Annie G. Green, as administratrix, against the Lozier Motor Company. H. C. Allen, for appellant. F. A. McCloskey, for respondent.

PER CURIAM. Judgment and order reversed, and new trial ordered, with costs to appellant to abide event, unless plaintiff stipulates to reduce verdict to $5,000, in which event, judgment, as so modified, and order, affirmed, without costs. Settle order on notice.

GREEN, Respondent, v. LOZIER MOTOR CO., Appellant. (Supreme Court, Appellate Division, First Department. May 7, 1909.) Action by Annie G. Green, as administratrix, against the Lozier Motor Company. H. C. Al-